United States District Court
Southern District of Texas
**ENTERED**
February 10, 2016
David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. **B-15-727** |
| | § | |
| **Lourdes Del Carmen Acosta-Carrera** | § | |

## ORDER

BE IT REMEMBERED on this 10th day of February, 2016, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **November 5, 2015**, wherein the defendant **Lourdes Del Carmen Acosta-Carrera** waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Lourdes Del Carmen Acosta-Carrera** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant **Lourdes Del Carmen Acosta-Carrera** guilty to the offense of knowingly and intentionally possess with intent to distribute a quantity more than one five hundred (500) grams, that is, approximately 1.41 kilograms (3.1 pounds) of cocaine, a Schedule II controlled substance. In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2 as charged in Count Two of the Indictment.

.

SIGNED this the 10th day of February, 2016.

_____
Rolando Olvera
United States District Judge